HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY M. LONGSHORE,

    Plaintiff,

v.

JOSEPH LEHMAN, LORENA JESKIE, STEVE RAWLINS, ELIZABETH ANDERSON, PAT SHANNON, MUHAMMED KHURSHID, MIKE WATKINS, KIM FIELD,

    Defendants.

Case No. C03-5703 RBL

ORDER OF DISMISSAL

THIS MATTER comes on before the above-entitled Court upon the Defendants' Suggestion of Death of Plaintiff Timothy M. Longshore pursuant to Fed.R.Civ.P. 25 (a)(1).

Having considered the entirety of the records and file herein, and having considered more than 90 days have passed since the suggestion of death was filed and that no successor or representative of Mr. Longshore has moved to substitute as a party in this matter, it is hereby

**ORDERED** that this matter, previously stayed, is hereby **DISMISSED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 22nd day of June, 2005.

          /s/ Ronald B. Leighton
          RONALD B. LEIGHTON
          UNITED STATES DISTRICT JUDGE